# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**HORACE K. MCINTYRE,**

        Plaintiff,

        V.        CASE NUMBER: **05-C-1267**

**JO ANNE BARNHART**
**Commissioner of Social Security Administration,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED **that the decision of the Commissioner of the Social Security Administration that plaintiff is not disabled is AFFIRMED. This case is hereby DISMISSED.**

|    **January 30, 2007**    | **JON W. SANFILIPPO** |
|---|---|
| Date | Clerk |

                                                      s/ Linda M. Zik
                                                    (By) Deputy Clerk